USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ATEF ABDELAAL, *individually, and on behalf of others similarly situated*,

Plaintiff,

-against-

EMAN CORPORATION and MOHAMED EL HATTAB,

Defendants.
------------------------------------------------------------x

1:19-cv-02836 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter dated, February 27, 2020, requesting an adjournment. *See* ECF No. 28. Defendants' request is hereby **GRANTED.** The Show Cause Hearing, currently scheduled for February 28, 2020 at 11:00 a.m. is **ADJOURNED** until **March 31, 2020 at 11:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. Additionally, the Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **March 24, 2020**.

**SO ORDERED.**

Dated: February 27, 2020
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**