USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/30/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
    **ATEF ABDELAAL,** *individually, and on behalf* **:**
    *of others similarly situated,* **:**
                           **Plaintiff,** **:**
                                **:**       **1:19-cv-02836 (ALC)**
          **-against-** **:**
                                **:**       **ORDER**
    **EMAN CORPORATION** and **MOHAMED** **:**
    **EL HATTAB,** **:**
                                **:**
                    **Defendants.** **:**
---------------------------------------------------------------x
**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' Joint Status Report dated March 24, 2020. ECF No.

30. Defendants' request for an adjournment is **GRANTED.** The Show Cause Hearing, currently

scheduled for March 31, 2020 at 11:00 a.m. is **ADJOURNED** until **June 8, 2020 at 11:00 a.m.**

in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York 10007. Additionally, the Parties are hereby **ORDERED** to submit a Joint

Status Report to the Court on or before **June 1, 2020**.

**SO ORDERED.**

**Dated: March 30, 2020**
      **New York, New York**                _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**