```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ABDELAAL ET AL.,             :
                             :
              Plaintiffs,    :
                             :       1:19-cv-02836 (ALC)
        -against-            :
                             :       ORDER
EMAN CORPORATION ET AL.,     :
                             :
              Defendants.    :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Defendants' request to adjourn the June 8, 2020 hearing. ECF No. 32. Defendants' request is hereby GRANTED. The hearing is adjourned to August 18, 2020 at 10 a.m. The Parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:   June 4, 2020
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**