UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ATEF ABDELAAL, *individually and on behalf of others similarly situated,*

                              *Plaintiff*,

        -against-                                 **Case No.** 19-cv-02836-ALC

EMAN CORPORATION (D/B/A BIG ARC CHICKEN) and MOHAMED EL HATTAB,        **DEFAULT JUDGMENT**

                              *Defendants.*
----------------------------------------------------------------X

On March 29, 2019, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Eman Corporation (d/b/a Big Arc Chicken) and Mohamed el Hattab, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment against Defendant Eman Corporation (d/b/a Big Arc Chicken) and Mohamed el Hattab in the amount of $25,920.00, including compensatory damages and permissible liquidated damages.

That the Plaintiff is awarded attorneys' fees in the amount of $4,475.00 and costs in the amount of $869.05.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

_____
JUDGE ANDREW L. CARTER, JR
UNITED STATES DISTRICT JUDGE

To:

Eman Corporation (d/b/a Big Arc Chicken)
233 1st Avenue A
New York, NY 10003

Mohamed el Hattab
(c/o Big Arc Chicken)
233 1st Avenue A
New York, NY 10003

- 2 -